AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

| | |
|---|---|
| Date | /s/ ERICK L. GUZMAN |
| | Signature |
| | Print Name — Bar Number |
| | Address |
| | City — State — Zip Code |
| | Phone Number — Fax Number |

**ERICK L. GUZMAN**
California State Bar No. 244391
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: erick_guzman@fd.org

Attorneys for Luis Marquez-Cruz

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JAN M. ADLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08MJ2316 |
| Plaintiff, ) | |
| v. ) | **CERTIFICATE OF SERVICE** |
| LUIS MARQUEZ-CRUZ, ) | |
| Defendant. ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov

Respectfully submitted,

DATED:     August 12, 2008           /s/ Erick L. Guzman
                                     **ERICK L. GUZMAN**
                                     Federal Defenders of San Diego, Inc.
                                     Attorneys for Luis Marquez-Cruz